IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT FROST,                                    :
                                                 :
              Plaintiff(s),                       :
                                                 :    Case Number: 1:09cv662
       vs.                                        :
                                                 :    Chief Judge Susan J. Dlott
H. C. A. STALNAKER, et. al.,                      :
                                                 :
              Defendant(s).                       :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 21, 2009 a Report and Recommendation (Doc. 9). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 11).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for temporary restraining order and for preliminary injunction is **DENIED,** and plaintiff's motion to waive the required number of copies is **DENIED AS MOOT (Doc. 8).**

IT IS SO ORDERED.

_____s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court