IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Frost,                                :
                                             :
        Plaintiff(s),                        :
                                             :   Case Number: 1:09cv662
    vs.                                      :
                                             :   Chief Judge Susan J. Dlott
H.C.A. Stalnaker, et. al.,                   :
                                             :
        Defendant(s).                        :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 17, 2010 (Doc. 64), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 7, 2011, hereby ADOPTS said Report and Recommendation.

Plaintiff requested an extension of time to file objections to the Report and Recommendation on January 4, 2011. The Court granted the motion and extended the time of filing objections until February 7, 2011. To this date, plaintiff has not filed any objections or other requests for extension of time.

Accordingly, defendants' motion for summary judgment (Doc. 53) is **GRANTED** and plaintiffs' motion to amend (Doc. 57) is **DENIED.** This case is hereby **DISMISSED WITH PREJUDICE** from the active docket.

IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____
                                             Chief Judge Susan J. Dlott
                                             United States District Court